# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Wesley Newman

                Plaintiff,

-against-                         1:25 Civ. 10195 (____)

New York Life                **MOTION FOR ADMISSION**

                                             **PRO HAC VICE**

Insurance Company

                Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Andrew Roman Perrong hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Wesley Newman in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Pennsylvania, Oregon and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:                           Respectfully Submitted,

12/09/2025

                                    Applicant Signature: _____

                                    Applicant's Name: Andrew Roman Perrong

                                    Firm Name: Perrong Law LLC

                                    Address: 2657 Mount Carmel Avenue

                                    City/State/Zip: Glenside, PA 19038

                                    Telephone/Fax: 215-225-5529 / 888-329-0305

                                    Email: a@perronglaw.com