UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

Wesley Newman

                                      Plaintiff(s),

    v.

New York Life Insurance Comp

                                      Defendant(s).

-----------------------------------------------------------

1:25-cv-10195

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, ANDREW ROMAN PERRONG, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of PERRONG LAW LLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of PENNSYLVANIA, OREGON.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 333687, 243320
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:25-cv-10195 for Plaintiff Wesley Newman.

Date 12/9/25

*Andrew Roman Perrong*
Signature of Movant
Firm Name PERRONG LAW LLC
Address 2657 MOUNT CARMEL AVENUE
GLENSIDE, PA 19038
Email A@PERRONGLAW.COM
Phone 215-225-5529

**NOTARIZED**

Odette Wilson
ID NUMBER 134220252
COMMISSION EXPIRES February 24, 2027

State of Texas
County of Harris

This instrument was acknowledged before me by means of an interactive two-way audio and video communication on 12/09/2025 by Andrew Roman Perrong.

*Odette Wilson*

02/24/2027

Electronically signed and notarized online using the Proof platform.