UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

Wesley Newman

Plaintiff,

-against-

New York Life
Insurance Company

Defendant.

1:25 cv 10195  (        )

**ORDER FOR ADMISSION
PRO HAC VICE**

The  motion of _____Andrew Roman Perrong_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant  has declared that he/she is a member  in good standing of the bar(s) of the state(s) of

Pennsylvania, Oregon_____; and that his/her contact information is as follows

(please print):

Applicant's Name: Andrew Roman Perrong

Firm Name:  Perrong Law LLC

Address:  2657 Mount Carmel Avenue

City / State / Zip:  Glenside, PA 19038

Telephone / Fax:  215-225-5529 / 888-329-0305

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Wesley Newman_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge