UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
WESLEY NEWMAN, individually and on behalf :
of all others similarly situated :
:
                                   Plaintiff,    :          25-CV-10195 (VSB)
:
              -against-                    :          **ORDER OF REFERENCE**
NEW YORK LIFE INSURANCE COMPANY, :
:
                               Defendant. :
:
------------------------------------------------------------ X

**VERNON S. BRODERICK, United States District Judge**:

      The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.
Dated:      December 11, 2025
               New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge