UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                               :

WESLEY NEWMAN, individually and on behalf :
of all others similarly situated                 :
                                               :

                       Plaintiff,     :            25-CV-10195 (VSB)
                                               :

              -against-             :                **ORDER**
NEW YORK LIFE INSURANCE COMPANY,   :

                                               :
                       Defendant.     :

                                               :
-------------------------------------------------------------- X
<u>VERNON S. BRODERICK, United States District Judge</u>:

       It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:           February 10, 2026
                  New York, New York

                                              Vernon S. Broderick
                                              United States District Judge