IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WESLEY NEWMAN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**NEW YORK LIFE INSURANCE COMPANY**<br><br>*Defendant.* | Case No. 1:25-cv-10195<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL

Plaintiff Wesley Newman, by his undersigned counsel, hereby voluntarily dismisses this action, with prejudice, as to Defendant, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE. The putative Class claims are dismissed without prejudice.

RESPECTFULLY SUBMITTED AND DATED this February 21, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: February 21, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

1